No. 663.  JONES *v.* CITY OF ARCADIA.  January 5, 1942. The motion to reconsider the petition for rehearing is granted, and the petition for rehearing is denied.

No. 40.  CHRYSLER CORPORATION ET AL. *v.* UNITED STATES.  January 5, 1942.  On consideration of the suggestion of a diminution of the record and motion for a writ of certiorari in that relation, the motion for a writ of certiorari is denied.  The petition for rehearing and the motion for stay of issuance of the mandate are also denied.

No. 697.  WEISS *v.* UNITED STATES.  January 5, 1942. The petition for rehearing is denied.  MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration and decision of this application.

No. 23.  UNITED STATES, AS GUARDIAN OF THE INDIANS OF THE TRIBE OF HUALPAI, *v.* SANTA FE PACIFIC RAILROAD CO.  January 5, 1942.

No. 46.  PARKER, DEPUTY COMMISSIONER, U. S. EMPLOYEES' COMPENSATION COMM'N, *v.* MOTOR BOAT SALES, INC.  January 5, 1942.

No. 48.  PINK, SUPERINTENDENT OF INSURANCE, *v.* A. A. A. HIGHWAY EXPRESS, INC. ET AL.  January 5, 1942.

No. 295.  WEBER, PRESIDENT OF THE AMERICAN FEDERATION OF MUSICIANS, ET AL. *v.* OPERA ON TOUR, INC. January 5, 1942.